UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKERIDGE CONDOMINIUM OWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | Case No.: 2:25-cv-02547-RSM<br><br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

## ORDER

Based upon the Stipulation for Dismissal with Prejudice filed by both parties, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE with each party to bear their own fees, costs, and interest.  This case is CLOSED.

**IT IS SO ORDERED.**

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE
Case No. 2:25-cv-02547-RSM
Page 1